Opinion issued October 14, 2004








In The
Court of Appeals
For The
First District of Texas
____________

NO. 01-03-01341-CV
____________

JOHN M. O’QUINN, P.C. D/B/A O’QUINN & LAMINACK, JOHN M.
O’QUINN & ASSOC., L.L.P. AND JOHN M. O’QUINN LAW FIRM,
P.L.L.C., Appellants

V.

SAMUEL R. PALERMO, Appellee

* * * * * * * * * * * * * * * *

SAMUEL R. PALERMO, Appellant

V.

JOHN M. O’QUINN, P.C. D/B/A O’QUINN & LAMINACK, JOHN M.
O’QUINN & ASSOC., L.L.P. AND JOHN M. O’QUINN LAW FIRM,
P.L.L.C., Appellees




On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2001-32328




MEMORANDUM OPINION
          The parties have both filed notices of appeal under this appeal, No.01-03-01341-CV. Appellants/Appellees JOHN M. O’QUINN, P.C. D/B/A O’QUINN &
LAMINACK, JOHN M. O’QUINN & ASSOC., L.L.P. AND JOHN M. O’QUINN
LAW FIRM, P.L.L.C. filed their joint notice of appeal on December 23, 2003. 
Appellee/Appellant SAMUEL R. PALERMO filed his notice of appeal on February
5, 2004.
          The parties have filed a joint motion to dismiss their appeals. No opinion has
issued. Accordingly, the motion is granted, and the appeals are dismissed. Tex. R.
App. P. 42.1(a)(2).
          All other pending motions in this cause are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.
PER CURIAM
Panel consists of Justices Taft, Jennings, and Hanks.